```
 1  MCGREGOR W. SCOTT
    United States Attorney
 2  MATTHEW C. STEGMAN
    Assistant U.S. Attorney
 3  KATE L. SCARBOROUGH
    Certified Student, Misdemeanor Unit
 4  501 I Street, Suite 10-100
    Sacramento, California 95814
 5  Telephone: (916) 554-2739
```

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR. NO. S-06-0130 DAD |
|---|---|---|
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S MOTION TO DISMISS |
| | ) | INFORMATION AND ORDER |
| v. | ) | |
| | ) | |
| JESSICA L. AZZANO, | ) | |
| | ) | DATE: May 23, 2006 |
| Defendant. | ) | TIME: 10:00 a.m. |
| _____ | ) | JUDGE: Hon. Dale A. Drozd |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America, by and through its undersigned attorney, hereby moves this Honorable Court for an Order dismissing with prejudice Cr. No. S-06-0130 DAD.

DATED: May 18, 2006                    MCGREGOR W. SCOTT
                                       United States Attorney


                                       By: _/s/_Matthew C. Stegman__
                                           MATTHEW C. STEGMAN
                                           Assistant U.S. Attorney

                                       ORDER

IT IS SO ORDERED:

DATED: May 18, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/azzano0130.ord